## HALLAM et al. v. CLAGGETT.

No. 6752—Opinion Filed July 31, 1917.

(166 Pac. 880.)

### Affirmance of Judgment—Propriety.

The same as in No. 6754, Alfred Hallam et al. v. Rose E. Bailey, 66 Okla. 46, 166 Pac. 874.

(Syllabus by Stewart, C.)

Error from District Court, Nowata County; T. L. Brown, Judge.

Action by Ruth Claggett against Alfred Hallam and others. There was judgment for plaintiff, and defendants bring error. Affirmed.

Sears & Snyder and Glass & Weaver, for plaintiffs in error.

J. C. Denton, for defendant in error.

Opinion by STEWART, C. This is one of five companion cases, such cases being No. 6751, Alfred Hallam et al. v. Willie Claggett, 66 Okla. 52, 167 Pac. 215; No. 6752, Alfred Hallam et al. v. Ruth Claggett, 66 Okla. 53, 166 Pac. 880; No. 6755, Alfred Hallam et al. v. Jane Claggett, 66 Okla. 52, 166 Pac. 879. This case was determined in the lower court, on the same testimony, as far as applicable, introduced in the case of Alfred Hallam et al. v. Rose E. Bailey, supra, in which case this court has just rendered an opinion, affirming the judgment of the trial court. The facts are substantially the same as in the Rose E. Bailey Case, and for the reasons therein assigned the judgment of the trial court in this case is affirmed.

By the Court: It is so ordered.